Case: 2:20-cv-00260-CMV Doc #: 2 Filed: 01/17/20 Page: 1 of 5 PAGEID #: 20
Franklin County Ohio Clerk of Courts of the Common Pleas- 2019 Dec 13 4:29 PM-19CV009965
0E966 - N88

IN THE COURT OF COMMON PLEAS
FRANKLIN COUNTY, OHIO

EXHIBIT
B

MARY HOSTETLER
4155 Plain City Georgesville Road
Plain City, OH 43064

　　　　Plaintiff,

-vs-

WAL-MART, INC.
c/o CT Corporation System
4400 Easton Commons Way
Suite 125
Columbus, Ohio 43219,

　　　　and

JOHN DOE(S) #1-3
Agent(s) or Employee(s) of Defendant
Wal-Mart, Inc., responsible for
maintenance of the property located at
5200 Westpointe Plaza Drive,
Columbus, Ohio 43228,
Name(s) and Address(es) Unknown,

　　　　Defendants.

Case No. _____
Judge_____

**COMPLAINT WITH JURY DEMAND**

## COMPLAINT

### JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to § 2305.01 of the Ohio Revised Code.

2. Venue is proper in this Court pursuant to Rule 3(B) of the Ohio Rules of Civil Procedure.

Case: 2:20-cv-00260-CMV Doc #: 2 Filed: 01/17/20 Page: 2 of 5 PAGEID #: 21
Franklin County Ohio Clerk of Courts of the Common Pleas- 2019 Dec 13 4:29 PM-19CV009965
0E966 - N89

**PARTIES**

3. Plaintiff Mary Hostetler is the injured party in this action.

4. Defendant Wal-Mart, Inc. (hereinafter "Wal-Mart"), is and was a foreign corporation for profit registered to do business in the State of Ohio, engaged in the business of retail sales. At all times pertinent to this action, Wal-Mart owned, operated, maintained and/or otherwise exercised control over premises held open to the public located at 5200 Westpointe Plaza Drive, Columbus, Ohio 43228.

5. Defendants John Does 1-3 were agents or employees of Defendant Wal-Mart, who, at all times pertinent to this action, were responsible for maintaining in a reasonably safe condition the premises held open to the public located   public located at 5200 Westpointe Plaza Drive, Columbus, Ohio 43228. The true names and addresses of Defendants John Does 1-3 could not be located through reasonable diligence.

**OPERATIVE FACTS**

6. Plaintiff states that, on December 19, 2017 she was lawfully on the property located at located at 5200 Westpointe Plaza Drive, Columbus, Ohio 43228, which is in Franklin County. This property on the date of the incident was held out to the public as a Wal-Mart Supercenter engaged in retail sales. Plaintiff Scott was on the property as a business invitee.

7. On December 19, 2017 Plaintiff was injured in a fall caused by a dangerous condition on the premises. Said dangerous condition was not readily discernible by the Plaintiff, and caused her to sustain serious injuries.

**NEGLIGENCE OF DEFENDANTS**

8. Plaintiff states that, on December 19, 2017 she was a business invitee at the Wal-Mart Supercenter located at 5200 Westpointe Plaza Drive, Columbus, Ohio 43228, when

Case: 2:20-cv-00260-CMV Doc #: 2 Filed: 01/17/20 Page: 3 of 5 PAGEID #: 22
Franklin County Ohio Clerk of Courts of the Common Pleas- 2019 Dec 13 4:29 PM-19CV009965
0E966 - N90

Defendants Wal-Mart and John Does 1-3, individually and/or by and through their agents and/or employees, actual or ostensible, negligently created, and/or negligently failed to either remedy or warn invitees of a dangerous condition on the premises. This dangerous condition was not readily discernible by the Plaintiff, and said dangerous condition directly and proximately caused the Plaintiff to fall, sustaining serious injuries.

**PROXIMATE CAUSE AND DAMAGES**

9. As a direct and proximate result of Defendants' negligent conduct, Plaintiff suffered injuries to her back. Plaintiff required and continues to require significant treatment for her injuries, and said injuries and treatment caused and continue to cause her significant physical and mental anguish, and may in the future cause the Plaintiff much pain, suffering, mental anguish, and loss of enjoyment of life, thereby denying Plaintiff a normal way of life.

10. As a further direct and proximate result of Defendants' conduct, Plaintiff has incurred reasonable and significant medical, hospital, therapy and other related expenses, and, due to the ongoing nature of her injuries, Plaintiff expects to incur further such medical expenses in the future.

**DEMAND**

**WHEREFORE,** Plaintiff demands judgment for compensatory damages against the Defendants in an amount in excess of Twenty-Five Thousand Dollars ($25,000.00), plus interest, costs and prejudgment interest.

Respectfully submitted,

*/s/Seth David Chodosh*
Seth David Chodosh   (0090699)
**CHODOSH AND CHODOSH**
2392 East Main Street

Case: 2:20-cv-00260-CMV Doc #: 2 Filed: 01/17/20 Page: 4 of 5  PAGEID #: 23
Franklin County Ohio Clerk of Courts of the Common Pleas- 2019 Dec 13 4:29 PM-19CV009965
0E966 - N91

Columbus, Ohio 43209
Telephone: (614) 338-0700
Fax: (614) 235-1777
E-Mail: schodosh@chodoshlawoffice.com

*Attorney for Plaintiff*

Case: 2:20-cv-00260-CMV Doc #: 2 Filed: 01/17/20 Page: 5 of 5 PAGEID #: 24
Franklin County Ohio Clerk of Courts of the Common Pleas- 2019 Dec 13 4:29 PM-19CV009965
0E966 - N92

## JURY DEMAND

Plaintiff hereby demands a trial by a jury of eight (8) persons as to all issues contained herein.

Respectfully submitted,

*/s/ Seth David Chodosh*
Seth David Chodosh    (0090699)
**CHODOSH AND CHODOSH**
2392 East Main Street
Columbus, Ohio 43209
Telephone: (614) 338-0700
Fax: (614) 235-1777
E-Mail: schodosh@chodoshlawoffice.com

*Attorney for Plaintiff*